

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO TOOL AND DIE COMPANY, INC., | § | |
| | | No. 08-19-00087-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | County Court at Law Number Three |
| | § | |
| CARLOS MENDEZ | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2017-DCV0027) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes that the petition for permissive review was improvidently granted. We therefore remand the cause to the trial court in accordance with this Court's opinion. We further order that Appellee recover from Appellant all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF DECEMBER, 2019.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.
Alley, C.J., Concurring